IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| SHEMEKA PIERCE, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | CV 119-095 |
| | * | |
| EQUIFAX INFORMATION SERVICES, | * | |
| LLC, a Georgia Limited | * | |
| Liability Company; TRANS | * | |
| UNION, LLC, a Delaware Limited | * | |
| Liability Company; and | * | |
| WORLD FINANCE CORPORATION OF | * | |
| GEORGIA d/b/a COLONIAL FINANCE | * | |
| COMPANY, a Georgia | * | |
| Corporation, | * | |
| | * | |
| Defendants. | * | |

## O R D E R

Before the Court is Plaintiff's Notice of Voluntary Dismissal Without Prejudice as to Defendant World Finance Corporation of Georgia d/b/a Colonial Finance Company ("Defendant Colonial Finance") Only. (Doc. 23.) Plaintiff filed the notice prior to Defendant Colonial Finance having served either an answer or a motion for summary judgment. Upon due consideration, this Court finds dismissal proper under Federal Rule of Civil Procedure 41(a)(1)(A)(i).

**IT IS THEREFORE ORDERED** that Plaintiff's claims against Defendant Colonial Finance are **DISMISSED WITHOUT PREJUDICE.** The Clerk is **DIRECTED** to **TERMINATE** Defendant Colonial Finance as a

party to this action. Each party to this dismissal shall bear its own costs and fees. All other claims asserted by the remaining parties shall continue unaffected.

**ORDER ENTERED** at Augusta, Georgia, this 19th day of November, 2019.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA