IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| SHEMEKA PIERCE, | * | |
| Plaintiff, | * | |
| v. | * | CV 119-095 |
| EQUIFAX INFORMATION SERVICES, LLC, a Georgia Limited Liability Company; TRANS UNION, LLC, a Delaware Limited Liability Company, | * | |
| Defendants. | * | |

**O R D E R**

Before the Court is a stipulation of dismissal of all claims against Defendant Trans Union, LLC jointly filed by Plaintiff and Defendant Trans Union, LLC. (Doc. 26.) All parties who have appeared signed the stipulation; thus, the Court finds dismissal proper under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

**IT IS THEREFORE ORDERED** that Defendant Trans Union, LLC is **DISMISSED WITH PREJUDICE**. The Clerk is directed to **TERMINATE** all motions and deadlines, if any, related to Defendant Trans Union, LLC. All other claims shall continue unaffected by this dismissal.

**ORDER ENTERED** at Augusta, Georgia, this 6th day of January, 2020.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA