IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| SHEMEKA PIERCE, | * | |
| Plaintiff, | * | |
| v. | * | CV 119-095 |
| EQUIFAX INFORMATION SERVICES, LLC, a Georgia Limited Liability Company, | * | |
| Defendant. | * | |

**O R D E R**

Before the Court is Plaintiff's notice of voluntary dismissal without prejudice as to Defendant Equifax Information Services, LLC. (Doc. 28.) Plaintiff filed the notice prior to Defendant Equifax Information Services, LLC having served either an answer or a motion for summary judgment. Upon due consideration, this Court finds dismissal proper under Federal Rule of Civil Procedure 41(a)(1)(A)(i).

**IT IS THEREFORE ORDERED** that Defendant Equifax Information Services, LLC is **DISMISSED WITHOUT PREJUDICE.** Because no defendant remains, the Clerk is directed to **TERMINATE** all motions and deadlines and **CLOSE** this case. Each party shall bear its own costs and fees.

**ORDER ENTERED** at Augusta, Georgia, this 21st day of February, 2020.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA